

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN
XXXXXXXXXXXXX
ATTORNEY GENERAL

AUSTIN 11, TEXAS

Hon. J. C. Hamilton
County Auditor
Ector County
Odessa, Texas

May 10, 1939

Dear Sir:

Opinion No. 0-721

Re: Senate Bill No. 97, applying
only to Ector County, is un-
constitutional.

Your letter of April 26, 1939 received.

In view of the fact that Senate Bill No. 97 applies and can apply only to Ector County, we answer your inquiry that said bill is unconstitutional for the reasons stated in our opinion No. 0-292, dated February 16, 1939, to Mr. M.F. Klepe, County Attorney of Lee County, Texas.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By s/A.S. Rollins
A.S. Rollins
Assistant

ASR:PBP:wc

APPROVED:
s/ GERALD C. MANN
ATTORNEY GENERAL OF TEXAS